```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

UNITED STATES OF AMERICA        :

      Plaintiff,                          Criminal No. 06-569-07

   v.                           :

NELSON REYES                                    **O R D E R**

      Defendant.         :


This matter having come before the Court by way of a letter request by the defendant for early termination of supervised release;

It is on this **25th** day of **April, 2011** hereby ORDERED that this request is denied.

```
                              s/Susan D. Wigenton
                              SUSAN D. WIGENTON
                              United States District Judge
```